**O'Marr S. REID, Plaintiff–Appellant,**

**v.**

**State of NORTH CAROLINA, Defendant–Appellee.**

**No. 11–2385.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 24, 2012.

O'Marr S. Reid, Appellant Pro Se. David John Adinolfi, II, Special Deputy Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

O'marr S. Reid appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendant's motion to dismiss Reid's civil complaint, and a subsequent order denying Reid's motion for new trial and relief from

---

judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reid v. North Carolina,* No. 3:11–cv–00422–MOC–DSC, 2011 WL 5925538 (W.D.N.C. Nov. 28, 2011) & (Dec. 9, 2011). We further deny Reid's motion to strike Appellee's response brief, but grant Reid's motion to extend the reply brief page limit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*